**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DEMETRIUS LEKI WOODS**                                          **PLAINTIFF**
**ADC #108514**

**v.**                         **Case No. 5:17-cv-00023-KGB/JJV**

**PAMELA F. COOK,**
**Correctional Sergeant;** *et al.*                                      **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 29). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 29).

It is therefore ordered that:

1. The Clerk amend the docket to reflect the full and correct names of defendants Jared Byers and Vernon Robertson (Dkt. No. 12, at 1).

2. Defendants' motion for partial summary judgment on exhaustion is granted (Dkt. No. 23).

3. Plaintiff Demetrius Woods' claims against separate defendant Vernon Robertson are dismissed without prejudice for failure to exhaust administrative remedies.

4. Defendants' motion for an extension of time to file dispositive motions on the issue of exhaustion in the light of the expected addition of a new defendant is premature and is denied at this time (Dkt. No. 23, at 2).

5.	The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 13th day of July, 2017.

_____
Kristine G. Baker
United States District Court