# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEMETRIUS LEKI WOODS**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #108514**

v.　　　　　　　　　Case No. 5:17-cv-00023-KGB/JJV

**PAMELA F. COOK,**
**Correctional Sergeant;** *et al.*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Before the court is plaintiff Demetrius Leki Woods' request to dismiss voluntarily this action (Dkt. No. 58). Mr. Woods filed his request after defendants moved to dismiss this action, and United States Magistrate Judge Joe J. Volpe submitted Proposed Findings and Recommendations pertaining to defendants' motion (Dkt. Nos. 45; 57). Judge Volpe recommends that the Court grant defendants' motion to dismiss and dismiss Mr. Woods' action without prejudice (Dkt. No. 57, at 7).

Under the present circumstances, this action "may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The Court grants Mr. Woods' request for voluntary dismissal, but under the condition that if he chooses to refile this action, he must do so in this Court.

This action is dismissed without prejudice. All pending motions are denied as moot.

So ordered this the 31st day of August, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　United States District Court